Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Tracy Geary

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY GEARY,<br><br>      Plaintiff,<br><br> vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>      Defendant. | Case No.: 1:17-cv-01340-SKO<br><br>STIPULATION AND ORDER FOR<br>THE AWARD AND PAYMENT OF<br>ATTORNEY FEES AND EXPENSES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT, 28 U.S.C.<br>§ 2412(d) AND COSTS PURSUANT<br>TO 28 U.S.C. § 1920<br><br>(Doc. 20) |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE

OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their

undersigned counsel, subject to the approval of the Court, that Tracy Geary be

awarded attorney fees in the amount of Four Thousand dollars ($4,000.00) under

the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the

amount of four hundred dollars ($400.00) under 28 U.S.C. § 1920.  This amount

-1-

represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Tracy Geary, the government will consider the matter of Tracy Geary's assignment of EAJA fees to Marc V. Kalagian.  The retainer agreement containing the assignment is attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Tracy Geary, but if the Department of the Treasury determines that Tracy Geary does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Tracy Geary.[1]  Any payments made shall be delivered to Marc V. Kalagian.

This stipulation constitutes a compromise settlement of Tracy Geary's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Tracy Geary and/or Marc V. Kalagian including Law Offices of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection with this action.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

This award is without prejudice to the rights of Marc V. Kalagian and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: February 11, 2019         Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*

BY:_____
Marc V. Kalagian
Attorney for plaintiff Tracy Geary

DATED: February 11, 2019        MCGREGOR W. SCOTT
United States Attorney

/s/ *Beatrice Na*

_____
BEATRICE NA
Special Assistant United States Attorney
Attorneys for Defendant
NANCY A. BERRYHILL, Acting Commissioner
of Social Security (Per e-mail authorization)

## ORDER

Based upon the parties' above "Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920" (the "Stipulation") (Doc. 20), IT IS ORDERED that attorney's fees in the amount of FOUR THOUSAND DOLLARS AND 00/100 ($4,000.00) under the EAJA, 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED DOLLARS AND 00/100 ($400.00) under

///
///
///

28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **February 22, 2019**                    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 1:17-CV-01340-SKO**

I hereby certify that I electronically filed the foregoing with the Clerk of the

Court for this court by using the CM/ECF system on February 20, 2019.

I certify that all participants in the case are registered CM/ECF users and

that service will be accomplished by the CM/ECF system, except the plaintiff

served herewith by mail.

/s/ *Marc V. Kalagian*

_____

Marc V. Kalagian
Attorneys for Plaintiff